PAUL D. TRIPODI II, State Bar No. 162380
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street
Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: ptripodi@wsgr.com

Attorneys for Defendants
**ZIPMARK, INC. and JAY BHATTACHARYA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYECHECK, INC. a California Corporation, | CASE NO.: 14-CV-2399-JAM-KJN |
| Plaintiff, | JOINT STIPULATION EXTENDING THE TIME TO ANSWER |
| v. | |
| ZIPMARK, INC., JAY BHATTACHARYA, and Does 1 – 20, Inclusive, | Judge: Hon. John A. Mendez |
| Defendants. | |

JOINT STIPULATION
14-CV-2399-JAM-KJN

1   Pursuant to L.R. 143 and L.R. 144, the parties jointly submit this Stipulation.

2   WHEREAS, on October 10, 2014, plaintiff MyECheck, Inc. ("Plaintiff") filed the above-
3   captioned complaint against Zipmark, Inc. and Jay Bhattacharya (collectively "Defendants")
4   (ECF No.1);

5   WHEREAS, Plaintiff did not serve a copy of the Complaint on Defendants, but
6   Defendants subsequently agreed to waive service pursuant to Fed. R. Civ. P. 4(d);

7   WHEREAS, on December 23, 2014, the parties submitted a joint stipulation waiving
8   service and setting a date of January 8, 2015 for Defendants to answer, move, or otherwise
9   respond to the Complaint (ECF No. 5);

10  WHEREAS, on January 8, 2015, Defendants moved to dismiss the Complaint in its
11  entirety (ECF No. 6);

12  WHEREAS, on March 17, 2015, the Court granted in part and denied in part Defendants'
13  motion to dismiss the Complaint, and, *inter alia*, dismissed all claims against Defendant Jay
14  Bhattacharya (ECF No. 19);

15  WHEREAS, Defendant Zipmark, Inc. ("Zipmark") has not yet filed an Answer to the
16  Complaint;

17  WHEREAS, Zipmark's Answer is presently due March 31, 2015;

18  WHEREAS, the parties would like to have additional time to engage in settlement
19  discussions prior to Zipmark's Answer being filed;

20  It is hereby STIPULATED AND AGREED by and between the undersigned counsel for
21  the parties that Zipmark's time to further respond to the Complaint shall be extended by thirty
22  (30) days, and Zipmark's Answer shall be due no later than April 30, 2015.

23
24
25
26
27
28

1  Dated: March 27, 2015

3                                                               By: */s/ Brian R. Katz*
                                                                        Brian R. Katz

5                                                               Attorney for Plaintiff
                                                                MyECheck, Inc.

7  Dated: March 27, 2015                                        WILSON SONSINI GOODRICH & ROSATI
                                                                Professional Corporation

10                                                              By: */s/ Paul D. Tripodi, II*
                                                                        Paul D. Tripodi, II

12                                                              Attorneys for Defendants
                                                                Zipmark, Inc. and Jay Bhattacharya

15 Dated: March 30, 2015                                        IT IS SO ORDERED

17                                                              /s/ John A. Mendez
                                                                Honorable Judge John A. Mendez