PAUL D. TRIPODI II, State Bar No. 162380
GRACE J. PAK, State Bar No. 277705
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone:  (323) 210-2900
Facsimile:  (866) 974-7329
Email:  ptripodi@wsgr.com
Email:  gpak@wsgr.com

CRAIG BOLTON *(PRO HAC VICE ADMITTED)*
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
Email:  cbolton@wsgr.com

Attorneys for Defendant
**ZIPMARK, INC.**

BRIAN R. KATZ, State Bar No. 88895
4364 Town Center Boulevard, Suite 207
El Dorado Hills, CA 95762
Telephone: (916) 933-5266
Facsimile: (916) 933-7866
Email: brian@katzbusinesslaw.com

Attorney for Plaintiff
**MYECHECK, INC.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MYECHECK, Inc., a California corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>ZIPMARK, INC. and Does 1 -- 20, Inclusive,<br><br>              Defendants.<br> | CASE NO.:  2:14-cv-02399-JAM-KJN<br><br>**JOINT STIPULATED MODIFIED SCHEDULING ORDER REGARDING PROCEEDINGS RELATING TO SECTION 101 PATENT ELIGIBILITY** |

Pursuant to the Court's Minute Order dated October 7, 2015 (Dkt. 38), the parties hereby submit this proposed modified scheduling order.

| Event | Deadline |
|---|---|
| Fact Discovery directed to Section 101 issues, including:<br>• Written discovery responses to be provided in 14 days of electronic or personal service<br>• Responsive Documents to be produced within 10 days after responses<br>• Fact Depositions, if any, to be noticed 10 days in advance of proposed deposition date, directed to Section 101 issues | November 25, 2015 |
| Zipmark Initial Expert Statement(s) and Tutorial Summary | December 11, 2015 |
| MyECheck Responsive Expert Statement(s) and Tutorial Summary | December 24, 2015 |
| Expert Depositions completed | January 15, 2016 |
| Zipmark's Supplemental Brief Regarding Patent Ineligibility of U.S. Patent No. 7,329,913 Under 35 U.S.C. § 101 (Maximum 25 pages) | January 29, 2016 |
| MyECheck's Opposition to Zipmark's Supplemental Brief (Maximum 25 pages) | February 12 2016 |
| Zipmark's Reply in Support of Supplemental Brief (Maximum 10 pages) | February 19, 2016 |

The parties propose that a further hearing regarding the patent ineligibility of U.S. Patent No. 7,389,913 under 35 U.S.C. § 101 be held on **March 8, 2016 at 1:30 p.m.**

## Scope

Pursuant to the Court's statements at the Oct. 7, 2015 hearing, the parties understand that the scope of discovery will be limited to the issue of whether or not the patent-in-suit, U.S. Patent No. 7,389,913, is eligible for patent protection under 35 U.S.C. § 101.  The parties further understand that all other issues in this litigation will be stayed pending resolution of the issue of patent eligibility.

**Content of Expert Statements**

The parties propose that the Expert Statements contain, pursuant to Fed. R. Civ. P. 26(a)(2)(C)(i), the subject matter on which the party's expert is expected to present evidence at the Court's hearing regarding these matters.  The parties further propose that the Expert Statements also contain, pursuant to Rule 26(a)(2)(C)(ii),  a summary of the facts and opinions to which the expert is expected to testify at the Court's hearing regarding these matters, including a detailed summary of any tutorial that will be offered.

**Supplemental Briefing Page Limit**

The parties propose that the page limit of the supplemental briefs be the same as this Court's page limits on motions for summary judgment.  Specifically, the parties propose the following page limits:

Zipmark's Supplemental Brief: 25 pages

MyECheck's Opposition to Zipmark's Supplemental Brief: 25 pages

Zipmark's Reply in Support of Supplemental Brief: 10 pages

Dated:  October 13, 2015                               Respectfully Submitted,

*/s/ Brian R. Katz*                                        *s/ Paul D. Tripodi, II*
Brian R. Katz, State Bar No. 88895             Paul D. Tripodi II, State Bar No. 162380
brian@katzbusinesslaw.com                       ptripodi@wsgr.com

Attorney for Plaintiff                                    Attorneys for Defendant
**MYECHECK, INC**.                                   **ZIPMARK, INC.**

**IT IS SO ORDERED.**

Dated: 10/15/2015_____      /s/ John A. Mendez_____
                                                               Hon. John A. Mendez
                                                               United States District Court Judge