UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MYECHECK, Inc., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ZIPMARK, INC. and Does 1 -- 20, Inclusive,<br><br>    Defendants. | CASE NO.:  2:14-cv-02399-JAM-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO TAKE THE DEPOSITION OF ED STARRS AFTER THE CLOSE OF DISCOVERY DIRECTED TO SECTION 101 PATENT ELIGIBLITY** |

MyECheck, Inc. has agreed that Zipmark, Inc. ("Zipmark") may take the deposition of Ed Starrs on December 2nd, after the close of discovery directed to Section 101 issues, to accommodate the Thanksgiving holiday and the schedule of Zipmark's counsel.

**IT IS HEREBY ORDERED** that the Joint Stipulation to Take the Deposition of Ed Starrs After the Close of Discovery Directed to Section 101 Patent Eligibility is GRANTED. Zipmark may take the deposition of Ed Starrs on December 2nd, after the close of discovery directed to Section 101 issues.

**IT IS SO ORDERED.**

Dated: __11/30/2015_____        /s/ John A. Mendez_____
                                       Hon. John A. Mendez