1   PAUL D. TRIPODI II, State Bar No. 162380
GRACE J. PAK, State Bar No. 277705
2   **WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
3   633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
4   Telephone:  (323) 210-2900
Facsimile:   (866) 974-7329
5   Email:  ptripodi@wsgr.com
Email:  gpak@wsgr.com
6

7   CRAIG BOLTON *(PRO HAC VICE ADMITTED)*
8   **WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
9   1301 Avenue of the Americas, 40th Floor
New York, NY 10019
10   Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899
11   Email:  cbolton@wsgr.com

12
Attorneys for Defendant
13   **ZIPMARK, INC.**

BRIAN R. KATZ, State Bar No. 88895
4364 Town Center Boulevard, Suite 207
El Dorado Hills, CA 95762
Telephone: (916) 933-5266
Facsimile: (916) 933-7866
Email: brian@katzbusinesslaw.com

Attorney for Plaintiff
**MYECHECK, INC.**

14

15                          UNITED STATES DISTRICT COURT

16            EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

17

18   MYECHECK, Inc., a California corporation,    )    CASE NO.:  2:14-cv-02399-JAM-KJN
                                                  )
19            Plaintiff,                          )    **STIPULATION AND [~~PROPOSED~~]**
                                                  )    **ORDER EXTENDING DEADLINE**
20       v.                                       )    **TO FILE DISPOSITIONAL**
                                                  )    **DOCUMENTS BY THREE WEEKS**
21   ZIPMARK, INC. and Does 1 -- 20, Inclusive,   )
                                                  )
22            Defendants.                         )
                                                  )
23                                                )
                                                  )
24   _____     )

25

26

27

28

1    Plaintiff MyECheck, Inc. and Defendant Zipmark, Inc. (collectively, the "Parties"), by

2   and through their respective attorneys of record, hereby file this Joint Stipulation Extending

3   Deadline to File Dispositional Documents by Three Weeks.

4    **WHEREAS**, on December 1, 2015, the Parties participated in a settlement conference

5   mediated by Judge Newman;

6    **WHEREAS**, on December 1, 2015, the Parties executed a binding settlement and

7   license term sheet;

8    **WHEREAS**, on December 1, 2015, the Court ordered that dispositional documents be

9   filed no later than January 4, 2016 (ECF No. 49);

10    **WHEREAS**, the Parties have been conferring to finalize and execute a long-form

11   settlement and license agreement but require more time finalize such agreement;

12    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and

13   between the Parties, that the deadline to file dispositional documents shall be extended by

14   three weeks, to **January 25, 2016**.

15   **SO STIPULATED AND AGREED** this 4th day of January, 2016.

16    The Parties respectfully request that the Court enter this Stipulation Extending

17   Deadline to File Dispositional Documents by Three Weeks as set forth above.

18

19

20

21

22

23

24

25

26

27

28

1   DATED:  January 4, 2016

2

3   Respectfully Submitted,                    Respectfully Submitted,

4   By:  /s/ *Paul D. Tripodi, II*             By:  /s/  *Brian R. Katz*
    Paul D. Tripodi, II                        Brian R. Katz
5   Wilson Sonsini Goodrich & Rosati           4364 Town Center Boulevard, Suite 207
    633 West 5th Street, Suite 1550            El Dorado Hills, CA 95762
6   Los Angeles, CA 90071                      Telephone: (916) 933-5266
    Telephone:  (323) 210-2900

7

8   Attorneys for Defendant **ZIPMARK, INC.**  Attorney for Plaintiff **MYECHECK, INC.**

9

10

11

12  **IT IS SO ORDERED.**

13  Dated:  January 7, 2016

14  _____
    KENDALL J. NEWMAN
15  UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                -1-                CASE NO. 2:14-CV-02399-JAM-KJN