| | |
|---|---|
| PAUL D. TRIPODI II, State Bar No. 162380<br>GRACE J. PAK, State Bar No. 277705<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071<br>Telephone:  (323) 210-2900<br>Facsimile:   (866) 974-7329<br>Email:  ptripodi@wsgr.com<br>Email:  gpak@wsgr.com | BRIAN R. KATZ, State Bar No. 88895<br>4364 Town Center Boulevard, Suite 207<br>El Dorado Hills, CA 95762<br>Telephone: (916) 933-5266<br>Facsimile: (916) 933-7866<br>Email: brian@katzbusinesslaw.com<br><br>Attorney for Plaintiff<br>**MYECHECK, INC.** |

CRAIG BOLTON *(PRO HAC VICE ADMITTED)*
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899
Email:  cbolton@wsgr.com

Attorneys for Defendant
**ZIPMARK, INC.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MYECHECK, Inc., a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>ZIPMARK, INC. and Does 1 -- 20, Inclusive,<br><br>           Defendants. | CASE NO.:  2:14-cv-02399-JAM-KJN<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS BY AN ADDITIONAL TWO WEEKS** |

1     Plaintiff MyECheck, Inc. and Defendant Zipmark, Inc. (collectively, the "Parties"), by

2 and through their respective attorneys of record, hereby file this Joint Stipulation Extending

3 Deadline to File Dispositional Documents by an Additional Two Weeks.

4     **WHEREAS**, on December 1, 2015, the Parties participated in a settlement conference

5 mediated by Judge Newman;

6     **WHEREAS**, on December 1, 2015, the Parties executed a binding settlement and

7 license term sheet;

8     **WHEREAS**, on December 1, 2015, the Court ordered that dispositional documents be

9 filed no later than January 4, 2016 (ECF No. 49);

10     **WHEREAS**, on January 4, 2016, the Parties filed a Stipulation and Proposed Order

11 for Extending Deadline to File Dispositional Documents by Three Weeks (Dkt. 50);

12     **WHEREAS**, on January 7, 2016, Judge Newman signed the Parties' Stipulation and

13 Proposed Order and Ordered that the deadline to file dispositional documents be extended to

14 January 25, 2016 (Dkt. 51);

15     **WHEREAS**, the Parties have exchanged drafts of a long-form settlement and license

16 agreement and are working through the revisions but require more time to finalize such

17 agreement;

18     **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and

19 between the Parties, that the deadline to file dispositional documents shall be extended by two

20 weeks, to **February 8, 2016**.

21 **SO STIPULATED AND AGREED** this 25th day of January, 2016.

22     The Parties respectfully request that the Court enter this Stipulation Extending

23 Deadline to File Dispositional Documents by an Additional Two Weeks as set forth above.

24

25

26

27

28

DATED: January 25, 2016

Respectfully Submitted,                               Respectfully Submitted,

By: *Paul D. Tripodi, II*                             By: *Brian R. Katz*
Paul D. Tripodi, II                                   Brian R. Katz
Wilson Sonsini Goodrich & Rosati                      4364 Town Center Boulevard, Suite 207
633 West 5th Street, Suite 1550                       El Dorado Hills, CA 95762
Los Angeles, CA 90071                                 Telephone: (916) 933-5266
Telephone: (323) 210-2900

Attorneys for Defendant **ZIPMARK, INC.**             Attorney for Plaintiff **MYECHECK, INC.**

**IT IS SO ORDERED.**

Dated: January 27, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE                -1-                CASE NO. 2:14-CV-02399-JAM-KJN