| | |
|---|---|
| PAUL D. TRIPODI II, State Bar No. 162380 | BRIAN R. KATZ, State Bar No. 88895 |
| GRACE J. PAK, State Bar No. 277705 | 4364 Town Center Boulevard, Suite 207 |
| **WILSON SONSINI GOODRICH & ROSATI** | El Dorado Hills, CA 95762 |
| Professional Corporation | Telephone: (916) 933-5266 |
| 633 West Fifth Street, Suite 1550 | Facsimile: (916) 933-7866 |
| Los Angeles, CA 90071 | Email: brian@katzbusinesslaw.com |
| Telephone: (323) 210-2900 | |
| Facsimile: (866) 974-7329 | Attorney for Plaintiff |
| Email: ptripodi@wsgr.com | **MYECHECK, INC.** |
| Email: gpak@wsgr.com | |

CRAIG BOLTON *(PRO HAC VICE ADMITTED)*
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: cbolton@wsgr.com

Attorneys for Defendant
**ZIPMARK, INC.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MYECHECK, Inc., a California corporation, | CASE NO.: 2:14-cv-02399-JAM-KJN |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS TO MARCH 15, 2016** |
| v. | |
| ZIPMARK, INC. and Does 1 -- 20, Inclusive, | |
| Defendants. | |

STIPULATION EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS

CASE NO. 2:14-CV-02399-JAM-KJN

1    Plaintiff MyECheck, Inc. and Defendant Zipmark, Inc. (collectively, the "Parties"), by
2 and through their respective attorneys of record, hereby file this Joint Stipulation Extending
3 Deadline to File Dispositional Documents to March 15, 2016.

4    **WHEREAS**, on December 1, 2015, the Parties participated in a settlement conference
5 mediated by Judge Newman;

6    **WHEREAS**, on December 1, 2015, the Parties executed a binding settlement and
7 license term sheet;

8    **WHEREAS**, on December 1, 2015, the Court ordered that dispositional documents be
9 filed no later than January 4, 2016 (ECF No. 49);

10    **WHEREAS**, because the Parties required more time to finalize a long-form
11 settlement and license agreement, the Court has issued several Orders extending the deadline
12 to file dispositional documents (Dkt. Nos. 51, 53, and ECF No. 54);

13    **WHEREAS**, with extensions, the deadline to file dispositional documents was March
14 1, 2016;

15    **WHEREAS**, the Parties have exchanged drafts of the long-form settlement and
16 license agreement and are working through the revisions but require more time to finalize
17 such agreement;

18    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and
19 between the Parties, that the deadline to file dispositional documents shall be extended to
20 **March 15, 2016**.

21 **SO STIPULATED AND AGREED** this 8th day of March, 2016.

22    The Parties respectfully request that the Court enter this Stipulation Extending
23 Deadline to File Dispositional Documents to March 15, 2016 as set forth above.

DATED:  March 8, 2016

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| By:  /s/ *Paul D. Tripodi, II*<br>Paul D. Tripodi, II<br>Wilson Sonsini Goodrich & Rosati<br>633 West 5th Street, Suite 1550<br>Los Angeles, CA 90071<br>Telephone:  (323) 210-2900 | By:  /s/  *Brian R. Katz*<br>Brian R. Katz<br>4364 Town Center Boulevard, Suite 207<br>El Dorado Hills, CA 95762<br>Telephone: (916) 933-5266 |
| Attorneys for Defendant **ZIPMARK, INC.** | Attorney for Plaintiff **MYECHECK, INC.** |

**IT IS SO ORDERED.**

Dated:  March 10, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE