PAUL D. TRIPODI II, State Bar No. 162380
GRACE J. PAK, State Bar No. 277705
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: ptripodi@wsgr.com
Email: gpak@wsgr.com

CRAIG BOLTON *(PRO HAC VICE ADMITTED)*
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: cbolton@wsgr.com

Attorneys for Defendant
**ZIPMARK, INC.**

BRIAN R. KATZ, State Bar No. 88895
4364 Town Center Boulevard, Suite 207
El Dorado Hills, CA 95762
Telephone: (916) 933-5266
Facsimile: (916) 933-7866
Email: brian@katzbusinesslaw.com

Attorney for Plaintiff
**MYECHECK, INC.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYECHECK, INC. a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZIPMARK, INC., JAY BHATTACHARYA, and Does 1 – 20, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 14-CV-2399-JAM-KJN<br><br>JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Judge: Hon. John A. Mendez |

1  Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), plaintiff MyECheck, Inc. ("MyECheck") and
2  defendant Zipmark, Inc. ("Zipmark") stipulate and agree that all claims, defenses, and
3  counterclaims in this action – including (1) MyECheck's claims, defenses and counterclaims and
4  (2) Zipmark's claims, defenses and counterclaims – are dismissed in their entirety with
5  prejudice.  It is further stipulated that each party shall bear its own costs and attorneys' fees.

Dated:  March 15, 2015

By: /s/_____
        Brian R. Katz

Attorney for Plaintiff
MyECheck, Inc.

Dated:  March 15, 2015                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

By:/s/_____
        Paul D. Tripodi, II

Attorneys for Defendants
Zipmark, Inc. and Jay Bhattacharya

**IT IS SO ORDERED.**

Dated: 3/16/2016                          /s/ John A. Mendez_____
                                          Hon. John A. Mendez
                                          U. S. District Court Judge